■ MONIQUE B. STORETTE, Appellant, v RONALD F. STORETTE, Respondent. [784 NYS2d 34]—

Judgment, Supreme Court, New York County (John E.H. Stackhouse, J.), entered August 22, 2003, dissolving the parties' marriage and incorporating the parties' settlement agreement, unanimously affirmed, with costs.

Plaintiff's open-court stipulation contained all of the material terms of an enforceable agreement, any unstated amounts being objectively ascertainable, and was properly enforced absent a showing of fraud, duress or mistake sufficient to invalidate a contract (*see Hallock v State of New York*, 64 NY2d 224, 230 [1984]). It does not avail plaintiff that she refused to sign the subsequent writing embodying the terms of the oral stipulation (*see Friedman v Garey*, 8 AD3d 129 [2004]). We have considered and rejected plaintiff's other arguments. Concur—Tom, J.P., Sullivan, Williams, Lerner and Sweeny, JJ.